1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              | No. 2:24-cv-00603-TLN-KJN
         IN RE:  STEVEN WAYNE BONILLA
12                                              | No. 2:24-cv-00604-TLN-KJN

13                                              | No. 2:24-cv-00605-TLN-KJN

14                                              | No. 2:24-cv-00606-TLN-KJN

15                                              | No. 2:24-cv-00607-TLN-KJN

16                                              | No. 2:24-cv-00608-TLN-KJN

17                                              | No. 2:24-cv-00609-TLN-KJN

18                                              | No. 2:24-cv-00610-TLN-KJN

19                                              | No. 2:24-cv-00611-TLN-KJN

20                                              | No. 2:24-cv-00612-TLN-KJN

21                                              | **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

                                              1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00603, 2:24-cv-00604, 2:24-cv-00605, 2:24-cv-00606, 2:24-cv-00607, 2:24-cv-00608, 2:24-cv-00609, 2:24-cv-00610, 2:24-cv-00611 and 2:24-cv-00612 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

 Dated:  March 19, 2024

_____
Troy L. Nunley
United States District Judge

2